# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOBRILLIANCE, LLC, | ) |
| | ) Case No. 2:22-cv-00337-JRG-RSP |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| NISSAN MOTOR CO. LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AGREED MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff AutoBrilliance, LLC ("Plaintiff") and Defendant Nissan Motor Co. Ltd. ("Defendant") (the "Parties"), represented by their attorneys, hereby stipulate and agree to as follows:

The Parties have settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendant by Plaintiff are dismissed with prejudice; and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated: March 8, 2023

Respectfully submitted,

 /s/ John Andrew Rubino
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway

Short Hills, New Jersey 07078
Telephone: (201) 341-9445
Facsimile (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFF***
***AUTOBRILLINACE, LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on March 8, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ John Andrew Rubino*
John Andrew Rubino

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

*/s/ John Andrew Rubino*
John Andrew Rubino