# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AUTOBRILLIANCE, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | Case No. 2:22-cv-0337-JRG-RSP |
| NISSAN MOTOR CO. LTD., | § § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court is Plaintiff AutoBrilliance, LLC's ("Plaintiff") Agreed Motion to Dismiss ("Motion"). (Dkt. No. 11). In the Motion, Plaintiff represents that the parties have settled their claims and requests that Plaintiff's claims against Defendant Nissan Motor Co. Ltd. ("Defendant") be dismissed with prejudice. (*Id.*). Although Defendant has yet to appear, Plaintiff certifies that the Motion is agreed upon. (*Id.*).

Having considered the Motion the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and causes of asserted against Defendant by Plaintiff are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all attorneys' fees, costs of court, and expenses be borne by each party incurring same.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 9th day of March, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE